# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Nora Lee Johnson,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　　3:04-cv-202

Jo Anne Barnhart,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/3/05 Order.

**Signed: June 3, 2005**

Frank G. Johns, Clerk
United States District Court