# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:04CV202

| | |
|---|---|
| NORA JOHNSON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>    Defendant. ) | **O R D E R** |

    **THIS MATTER** is before the Court on Plaintiff's "Petition For Attorney's Fee and Costs" filed on August 24, 2005 (document #18). By "Response..." filed on August 30, 2005, Defendant advises that the Commissioner will not oppose an award of legal fees in the amount of $2,861.25 plus $150.00 in filing fees, provided this is the only petition filed by Plaintiff in this case under 28 U.S.C. §2412(d).

    **NOW THEREFORE, IT IS ORDERED:**

    1.    Plaintiff's 'Petition For Attorney's Fees And Costs" (document #18) is **GRANTED**, that is, counsel for Plaintiff shall be paid the sum of $3,011.25 ($2,861.25 in legal fees plus $150.00 in filing fees).

    2.    No additional petition pursuant to 28 U.S.C. §2412(d) shall be filed.

    3.    The Clerk is directed to serve copies of this order to counsel for the parties.

**Signed: September 6, 2005**

Graham C. Mullen
Chief United States District Judge